IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARCUS LOCKHART                                                                  PLAINTIFF

v.                              3:17CV00103-JM

CRAIGHEAD COUNTY
DETENTION CENTER; *et al.*                                       DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's cause of action is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

2. Plaintiff's cause of action is also DISMISSED without prejudice on the basis that he has failed to comply with Local Rule 5.5(c)(2) in failing to promptly notify the Clerk of any change in his address.

3. Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

DATED this 11th day of July, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE